UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **FRANCES VIOLA SHELTON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EQUIFAX INFORMATION SERVICES, LLC;** )<br>**AND REGIONAL ACCEPTANCE** )<br>**CORPORATION** )<br>)<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 3:23-cv-00360-REP |

**DEFENDANT REGIONAL ACCEPTANCE CORPORATION'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendant Regional Acceptance Corporation ("RAC"), certify that RAC is a wholly owned indirect subsidiary of Truist Bank, a North Carolina state-chartered bank. Truist Bank is a wholly owned subsidiary of Truist Financial Corporation, a publicly held corporation trading under the symbol "TFC" on the New York Stock Exchange. No publicly traded corporation owns 10 percent or more of the stock of Truist Financial Corporation.

Dated: June 23, 2023

Respectfully submitted,

<u>/s/ *Katherine E. Lehnen*</u>
Bryan A. Fratkin (VSB No. 38933)
Katherine E. Lehnen (VSB No. 92357)
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com

klehnen@mcguirewoods.com

*Counsel for Defendant Regional Acceptance Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Katherine E. Lehnen*
Katherine E. Lehnen

*Counsel for Defendant Regional Acceptance Corporation*